## 9838.   HUMPHREY *v.* THE. STATE.

HARWELL, J.   Only a question of fact is involved in this case.   Trouble arose between two small boys—one fourteen and the other seven years of age—over a can of fish-bait and some peanuts.   On the ground near them lay a loaded shotgun belonging to a third child, aged twelve.   The oldest boy seized the gun, pointed it at the seven-year-old child, and discharged it in his face, wounding him and destroying one of his eyes.   Upon the trial for assault with intent to murder a verdict of "shooting at another," with a recommendation to mercy, was returned; the jury declining to believe the defendant's statement.   The verdict was amply authorized by the evidence, and this court can not interfere.
         *Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.*
                       DECIDED NOVEMBER 7, 1918.     ·
Conviction of shooting at another; from Quitman superior court
—Judge Worrill. April 20, 1918.
*Charles W. Worrill,* for plaintiff in error.
*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

## 9852.   MCGHEE *v.* THE STATE.

HARWELL, J.   The jury resolved the questions of fact against the accused in this case; and, only the usual general grounds of the motion for a new trial having been urged in the court below or in this court, the discretion of the trial judge in overruling the motion for a new trial will not be controlled.
         *Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.*
                       DECIDED NOVEMBER 7, 1918.
Accusation of sale of liquor; from city court of Millen—Judge
Dekle.   April 22, 1918.
*James A. Dixon,* for plaintiff in error.